# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Anthony James D'Angelo | : | |
| Debtor | : | Bankruptcy No. 18-15445ELF |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 8/17/18, this case is hereby DISMISSED.

**Date: September 6, 2018**

_____
ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:

Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and Calculation of
Commitment Period
Form 122C-1
Means Test Calculation Form 122C-2
Schedules AB,C,EF,G,H,I,J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106